**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CARMEN S. SIGALA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 14-CV-3399-P |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On July 28, 2015, the assigned Magistrate Judge issued Findings, Conclusions, and Recommendation ("FCR") in which he recommended that the Court affirm the Commissioner's decision to deny Disability Insurance Benefits to Plaintiff. No one has objected to the FCR. After reviewing all relevant matters of record in this case, including the FCR and the parties' briefs in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court finds that the Findings and Conclusions of the Magistrate Judge are correct. Having reviewed the FCR for clear error, the Court finds no clear error on the face of the record. Accordingly, the Court hereby **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the Findings and Conclusions of the Court and **AFFIRMS** the Commissioner's decision to deny Disability Insurance Benefits.

SO ORDERED this 17th day of September, 2015.

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**